OFFICE OF DISCIPLINARY COUNSEL *v.* SLODOV.

[Cite as *Disciplinary Counsel v. Slodov* (1996), 74 Ohio St.3d 618.]

(No. 95–2176—Submitted December 6, 1995—Decided February 28, 1996.)

622

*Geoffrey Stern,* Disciplinary Counsel, and *Alvin E. Mathews,* Assistant Disciplinary Counsel, for relator.

*Michael D. Slodov, pro se.*

*Per Curiam.* Upon review of the record, we concur in the board's findings of misconduct and recommended sanction. Respondent is therefore publicly reprimanded for his violations of DR 7–109(B) and 1–102(A)(5) and (6). Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.